*David P. Siegel* for appellants.

*Robert H. Schaffer* and *Emory Gardiner* for respondent.

*Charles W. Merritt* for intervener-respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.

In the Matter of SARAH E. ROBINSON, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and ALAMAC ESTATES, INC., Intervener, Respondent.

Argued March 2, 1953; decided April 16, 1953.

*Irving J. Roth, Chester E. Frankel, Willard Schwartz* and *Frank Roth* for appellant.

*Robert H. Schaffer* and *Emory Gardiner* for respondent.

*Sidney Roffman* for intervener-respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.

In the Matter of PHILIP L. SINGER et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Defendant, and NATHAN UDELL, Intervener, Respondent.

Argued March 4, 1953; decided April 16, 1953.

